**Order entered November 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00242-CR

**WILLIAM WAYNE LAUBE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81056-2012**

## ORDER

The Court **REINSTATES** the appeal.

On September 16, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On October 28, 2013, we received appellant's brief together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the September 16, 2013 order requiring findings.

We **GRANT** the October 28, 2013 extension motion and appellant's brief is considered filed as of October 31, 2013.

The State's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
        JUSTICE